IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff, | :<br>:<br>:　Court No.: 5:05-CV-156/HGM-GJD |
| v. | : |
| RAUL SALVAGNO,<br>　　　　　　Defendant, | : |
| and | : |
| WACHOVIA BANK, | : |
| 　　　　　　Garnishee. | : |

## GARNISHEE ORDER

　　A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on February 18, 2005, stating that at the time of the service of the writ, Garnishee had in their possession or control personal property belonging to and due solely to defendant, and that Garnishee was indebted to the defendant in the sum of $11,582.63.

　　On February 15, 2005, the defendant was notified of his right to a hearing and has not requested a hearing to object to the Answer of Garnishee with respect to the account in the sole name of Raul Salvagno (Account No. 1010105063465) or determine exempt property with respect to that account.

　　IT IS ORDERED that Garnishee pay the sum of $11,582.63 plus any interest from this account, as well as all additional amounts withheld from that date on account no.1010105063465 in the sole name of Raul Salvagno, to plaintiff, United States of America, and continue to withhold such additional non-exempt personal property belonging solely to Raul Salvagno, as should come into the Garnishee's possession or control in the future until the above-referenced judgment is either paid in full, or otherwise satisfied, and that the Garnishee pay over such property to plaintiff.

Dated:　　May **4**, 2005
　　　　　　Syracuse, New York

_____
UNITED STATES MAGISTRATE JUDGE